IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRANDON KUSH,** | : |
| **Plaintiff,** | : |
| v. | : CASE NO. |
| **LVNV FUNDING, LLC,** | : |
| **Defendant.** | : |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on this date, Defendant LVNV Funding, LLC hereby removes the above-captioned matter to this Court from the Court of Common Pleas of Allegheny County, Pennsylvania and in support thereof avers as follows:

1. LVNV Funding, LLC is the Defendant in a civil action originally filed on January 5, 2026, in the Court of Common Pleas of Allegheny County, Pennsylvania titled *Brandon Kush v LVNV Funding, LLC* and docketed to Case No. AR-26-000060.

2. This removal is timely under 28 U.S.C. § 1446(b). LVNV Funding, LLC received service of Plaintiff's Complaint by Certified Mail on January 12, 2026.

3. Pursuant to 28 U.S.C. § 1446, attached hereto as Exhibit A are copies of all pleadings, process and orders filed in the state court action.

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against LVNV Funding, LLC alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

5. On this date, LVNV Funding, LLC has provided notice of this Removal to counsel for Plaintiff and to the Court of Common Pleas of Allegheny County, Pennsylvania.

WHEREFORE, Defendant LVNV Funding, LLC respectfully removes this

case to the United States District for the Western District of Pennsylvania.

        Respectfully submitted,

        **MESSER STRICKLER BURNETTE, LTD.**

By: */s/ Lauren M. Burnette*
   LAUREN M. BURNETTE, ESQUIRE
   PA Bar No. 92412
   1400 Marsh Landing Pkwy., Suite 109
   Jacksonville, FL 32250
   ☏ (904) 373-0546
   🖷 (904) 298-8350 (fax)
   ✉ lburnette@messerstrickler.com

   ANDREW M. SCHWARTZ, ESQUIRE
   PA Bar No. 79427
   935 E. Lancaster Ave., #1003
   Downingtown, PA 19335
   ☏ (320) 434-9664
   🖷 (904) 298-8350 (fax)
   ✉ aschwartz@messerstrickler.com
   *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on February 11, 2026, a true copy of the foregoing document was served on all unrepresented parties and all counsel of record by electronic service or US Mail, postage prepaid.

                                **MESSER STRICKLER BURNETTE, LTD.**

By:    */s/ Lauren M. Burnette*
        LAUREN M. BURNETTE, ESQUIRE
        PA Bar No. 92412
        1400 Marsh Landing Pkwy., Suite 109
        Jacksonville, FL 32250
        ☏ (904) 373-0546
        🖷 (904) 298-8350 (fax)
        ✉ lburnette@messerstrickler.com

        ANDREW M. SCHWARTZ, ESQUIRE
        PA Bar No. 79427
        935 E. Lancaster Ave., #1003
        Downingtown, PA 19335
        ☏ (320) 434-9664
        🖷 (904) 298-8350 (fax)
        ✉ aschwartz@messerstrickler.com
        *Counsel for Defendant*

Dated: February 11, 2026